**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTHONY ROWLAND, | : | |
| Inmate No. 1300030, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:13-CV-1387-MHC-JSA |
| SHERIFF T. JACKSON; et al., | : | |
|     Defendants. | : | |

**O R D E R**

On January 8, 2015, this Court ordered Defendants to respond to Plaintiff's motions to compel [Docs. 93, 99]. (Doc. 101). Defendants filed their response to the motions on January 28, 2015, and have indicated that they now have produced all of the documents requested by Plaintiff. (Doc. 109). Defendants also argue that Plaintiff never conferred in good faith with Defendants' counsel nor certified that he had done so as required by Rule 37(a)(1) of the Federal Rules of Civil Procedure.[1] Because Defendants have produced the requested documents, and because Plaintiff did not include the required certification prior to filing any of his

---

[1] Fed. R. Civ. P. 37(a)(1) requires that a motion to compel be accompanied by "a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action."

motions to compel discovery, **IT IS ORDERED** that Plaintiff's motions to compel [Docs. 93, 99] are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion to extend the discovery period [Doc. 100] is **DENIED**.

Plaintiff shall have forty-five (45) days from the date of this Order to supplement his response to Defendants' motion for summary judgment [Doc. 91] based on the recently received documents from Defendants.

**IT IS SO ORDERED** this 18th day of February, 2015.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE